Argued and submitted May 15, affirmed September 2, 1998

In the Matter of the Petition of

Wayne E. COGHILL,
dba Allstate Siding Supply Co.,
*Petitioner,*

*v.*

The filings of the
NATIONAL COUNCIL ON
COMPENSATION INSURANCE,
*Respondent below,*

*and*

SAIF CORPORATION,
*Respondent.*

(INS 94-08-009; CA A96551)

964 P2d 1090

Charles M. Fryer argued the cause and filed the brief for petitioner.

Denise G. Fjordbeck, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong, Judge, and Warden, Senior Judge.

PER CURIAM

**PER CURIAM**

Petitioner seeks review of a final order of the Insurance Division of the Department of Consumer and Business Services (DCBS) upholding premium audit billings for the audit period between April 1, 1993, and March 31, 1994. This is a companion case to *Coghill v. Natl. Council on Comp. Ins. (A96550)*, 155 Or App 601, 964 P2d 1085 (1998). Based on the reasoning and analysis set forth in that case, we affirm the order of DCBS.

Affirmed.